# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CRISTOBAL FRANCISCO-NICOLAS and AMY FRANCISCO,<br><br>    Defendant. | Case No. 19-CR-4045-LTS-KEM<br><br>**ORDER CONTINUING TRIAL AND EXTENDING NON-TRIAL MOTIONS DEALINE** |

This matter is before the Court on Defendant Cristobal Francisco-Nicolas's motion to continue trial to the December 2019 trial setting (for both Defendants) and a request to extend the non-trial related motion deadline to November 1, 2019. Doc. 23. The motion to continue states that additional time is required because counsel awaits discovery and needs more time to review upon receipt and for plea negotiations and trial preparations. Doc. 23. There have been no prior continuances; and the Government does not object to the requested continuance of trial. Doc. 23. Any trial is estimated at four days.

The court finds continuing trial for the reasons provided will serve the ends of justice and outweigh the interests of the public and the defense in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS ORDERED the motion to continue and extend the non-trial related motions deadline (Doc. 23) is **granted**:

    1.    The trial scheduled for October 7, 2019, at 9:00 a.m., is **continued to December 2, 2019, at 9:00 a.m. for both Defendants (Defendant Cristobal Francisco-Nicolas and Defendant Amy Francisco)**; the final pretrial conference hearing scheduled

on October 7, 2019, at 8:30 a.m., is **continued (for both Defendants) to December 2, 2019, at 8:30 a.m.**[1] The requirements and trial-related deadlines established in the trial management order (Doc. 16) continue to govern with substitution of the new trial date.

For the reasons stated above, the time from the date of the motion to the time of trial is excluded for purposes of the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A). "[E]xclusions of time attributable to one defendant apply to all codefendants," *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006)(quoting *United States v. Patterson*, 140 F.3d 767, 772 (8th Cir. 1998)).

2. The following deadlines are continued to the dates listed:

| | |
|---|---|
| November 12, 2019 | Notice of intent to plead guilty, status report to request trial setting, or motion to continue; |
| November 19, 2019 | Entry of guilty plea; |
| November 1, 2019 | Non-trial related motions deadline. |

**IT IS SO ORDERED** this 13th day of September, 2019.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa

---

[1] Trial is scheduled during this two-week period of the court's rotating trial schedule. As soon as the parties determine the case will proceed to trial, they must contact the district judge's chambers to schedule a firm trial date.