IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 19-4045-LTS-KEM |
| vs. | ) ) | |
| CRISTOBAL FRANCISCO-NICOLAS, and AMY FRANCISCO | ) ) ) | |
| Defendants. | ) | |

**GOVERNMENT'S RESPONSE TO CRISTOBAL FRANCISCO-NICOLAS' MOTION TO CONTINUE THE TRIAL AND TO EXTEND THE DEADLINES FOR FILING NOTICES AND MOTIONS**

COMES NOW, the United States of America, through Assistant United States Attorney, Kevin C. Fletcher, with the Government's Response to Defendant, Cristobal Francisco-Nicolas' motion to continue the trial and to extend the deadlines for filing notices and motions filed on November 12, 2019. (Docket 38).

The government has no objection to a continuance of the December 2, 2019, trial date to the January 2, 2019, rotational trial docket. The government does object to defendant's request for the extension of the deadlines for non-trial related motions and notices, which deadline has passed. Assistant United States Attorney (AUSA), Jack Lammers, nor any other AUSA, agreed in this case to not resist defendant's extension of the deadlines.

WHEREFORE, the government requests this Court grant the continuance of the December 2, 2019, trial date, and deny defendant's request for the extension of the deadlines for non-trial related motions and notices.

1

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By, /s/ *Kevin C. Fletcher*

KEVIN C. FLETCHER
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 – fax
Kevin.Fletcher@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on November 13, 2019.

UNITED STATES ATTORNEY

BY:  s/ Michelle Hatting

COPIES TO:
Michael Williams
Nathan Lab
Douglas Roehrich