# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.   19-CR-4045-LTS-KEM |
| vs. | **ORDER CONTINUING TRIAL** |
| CRISTOBAL FRANCISCO-NICOLAS and AMY FRANCISCO, | |
| Defendant. | |

_____

This matter is before the court on two motions to continue trial to the January 2020 trial setting, the first by Defendant Amy Francisco (Doc. 37) and the second by Cristobal Francisco-Nicolas (Doc. 38).   Defendant Francisco requests additional time to allow sufficient time for entry of a timely plea.   Defendant Francisco-Nicolas requests additional time to fully investigate the case and engage in plea negotiations.   Defendant Francisco-Nicolas also requests an extension of the nontrial-related motion deadline, which the Government resists (Doc. 39).   There has been one prior continuance in this case.   Doc. 24 (09/13/2019).   Counsel previously estimated any trial will last four days.   Doc. 23.

The court finds continuing trial for the reasons provided will serve the ends of justice and outweigh the interests of the public and the defense in a speedy trial.   *See* 18 U.S.C. § 3161(h)(7)(A).   The request to extend the nontrial-related motion deadline indicates the motion is unresisted, which is not the case.[1]   The motion provides no

---

[1] It is not clear why counsel for Defendant Francisco-Cristobal filed a separate motion in light of Defendant Francisco's motion to continue trial.   The court also notes the motion refers to AUSA Jack Lammers (the Government is represented by Kevin Fletcher) and attorney Doug Roehrich (counsel for the material witness) but does not list the position of Co-Defendant (represented by Nathan Lab).   Counsel is cautioned to take care in drafting and filing future motions to make sure they are accurate and complete.

additional basis to extend the deadline. The Government's resistance states the motion deadline has already passed (on November 1, 2019, *see* Doc. 24), but provides no additional basis for the resistance. Accordingly, the court finds trial should be continued, and the motion to extend the motion deadline should be denied without prejudice to refiling.

IT IS ORDERED:

1.      Defendant Amy Francisco's motion to continue trial (Doc. 37) is **granted**. The final pretrial conference and jury trial scheduled for December 2, 2019, and related deadlines for Defendant Cristobal Francisco-Nicolas and Defendant Amy Francisco are continued as follows:

| | |
|---|---|
| **01/06/2020**[2] | Final pretrial conference (8:30 a.m.) and jury trial (9:00 a.m.); |
| **12/16/2019** | Deadline for defense trial status report, notice of intent to plead guilty, or motion to continue trial; |
| **12/17/2019** | Government trial status report; |
| **12/23/2019** | Plea entry deadline. |

The requirements and trial-related deadlines established in the trial management order (Doc. 16) continue to govern with substitution of the new trial date.

2.      For the reasons stated above, the time from the date of the motion to the time of trial is excluded for purposes of the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A). "[E]xclusions of time attributable to one defendant apply to all codefendants," *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006)(quoting *United States v. Patterson*, 140 F.3d 767, 772 (8th Cir. 1998)).

---

[2] Trial is scheduled during this two-week period of the court's rotating trial schedule. As soon as the parties determine the case will proceed to trial, they must contact the district judge's chambers to schedule a firm trial date.

3.     Defendant Cristobal Francisco-Nicolas's motion (Doc. 38) is **denied**.    The motion to continue trial is **denied as moot**.    The motion to extend nontrial-related deadlines is **denied without prejudice**.    Any future motion to extend the motion deadline should provide the basis for the requested extension.

**IT IS SO ORDERED** this 13th day of November, 2019.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa